## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN CHAMPAGNE** | * | **CIVIL ACTION** |
| **on behalf of his minor child, NICOLE CHAMPAGNE** | * | |
| | * | **NO.** |
| **VERSUS** | * | |
| | * | **SECTION** |
| **BARRY PARRISH** | * | |
| | * | **MAGISTRATE** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes John Champagne, on behalf of his minor child, Nicole Champagne, who for his Complaint for Damages avers as follows:

### I. PARTIES

1. John Champagne ("Plaintiff") is a person of the full age of majority and a resident of the State of Mississippi.

2. Barry Parrish ("Defendant") is a person of the full age of majority and a resident of Livingston Parish, State of Louisiana.

### II. JURISDICTION AND VENUE

3. Jurisdiction is vested in this Honorable Court pursuant to 28 U.S.C. § 1332 as the parties are citizens of different States and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Venue is conferred by 28 U.S.C. § 1391 as this action has been brought in the judicial district and State where Defendant resides.

## III. FACTUAL ALLEGATIONS

5. Plaintiff, John Champagne, is the father and sole custodian of the minor child, Nicole Champagne.

6. On and prior to July 16, 2016, Nicole Champagne lived in Livingston Parish with her mother and Defendant who is her step-father and was a police officer for the city of East Baton Rouge.

7. For several years, and particularly on or about July 16, 2016, Nicole Champagne was sexually assaulted by Defendant, which will be described in more detail at trial of this matter.

8. This sexual assault by Defendant has been confirmed by positive DNA identification.

9. Nicole Champagne has suffered severe mental and physical injuries which were proximately caused by repeated sexual assaults by Defendant.

## IV. DAMAGES

10. As a result of the several years of sexual assault by her step-father, Nicole Champagne's injuries are the direct and proximate cause of the Defendant. Nicole Champagne has suffered damages as follows:

   A. Physical pain and suffering;

   B. Mental anguish and suffering;

   C. Loss of enjoyment of life of the average child her age;

   D. Cost of medical care and treatment;

   E. Permanent psychiatric disability;

   F. Permanent psychological damage; and

   G. Impairment of wage earning capacity as an adult.

## V. REQUEST FOR TRIAL BY JURY

11.   Pursuant to Fed. R. Civ. P. 38, plaintiff requests a trial by jury.

## VI. PRAY FOR RELIEF

WHEREFORE, plaintiff, John Champagne, prays that Barry Parish be served with Summons and copy of this Complaint for Damages, that he serve his answers thereto, that after due proceedings had and the expiration of all legal delays, there be a final judgment entered holding Barry Parish liable, unto plaintiff on behalf of his minor daughter, in money damages reasonable for the damages set forth herein, for interest from the date of judicial demand until paid, an award of all costs allowed by law, that there be a trial by jury, and that the Court grant such other and further relief as the interests of justice may require.

Respectfully submitted:

_____
FRANK E. LAMOTHE, III, T.A. (#07945)
MICHELLE P. CUMBERLAND (#30681)
**LAMOTHE LAW FIRM, LLC**
400 Poydras Street, Suite 1760
New Orleans, Louisiana 70130
Telephone:  (504) 704-1414
felamothe@lamothefirm.com
mcumberland@lamothefirm.com

*Attorneys for Plaintiff, John Champagne, on behalf of his minor child, Nicole Champagne*